# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.9.97.246,<br><br>    Defendant. | Case Number: 4:24-cv-00993-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

  THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for May 21, 2024, and the Court being duly advised in the premises does hereby:

  ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until July 30, 2024 to effectuate   service of a summons and Complaint on Defendant and the Initial telephonic Case Management Conference currently scheduled for May 21, 2024 is continued to August 27, 2024 at 2:00 p.m.  The dial-in information and instructions remain the same as previously provided in docket no. 7.

  **DONE AND ORDERED**.

Dated:  5/15/2024

By: *[signature: Haywood S. Gilliam, Jr.]*

**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

---

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 4:24-cv-00993-HSG